AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Joseph DiCosola, Individually and on behalf of a class

CASE NUMBER: 07 C 6748

V.

ASSIGNED JUDGE: Judge Guzman

Cafe Central, Inc.

DESIGNATED MAGISTRATE JUDGE: Judge Nolan

TO: (Name and address of Defendant)

Cafe Central, Inc.
1437 W. Chicago Avenue
Chicago, IL 60622-5267

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony G. Barone
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, IL 60181

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

January 17, 2008
Date

State of Illinois

General No.: 07C6748

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 1/30/2008 at 10:25:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Cafe Central, Inc. as shown below:

Served the wihin named Cafe Central, Inc. by delivering a true and correct copy of the SUMMONS and COMPLAINT, to Rafael Cruz a person authorized to accept service of process as agent.

Said service was effected at 1437 W. Chicago Ave., Chicago, IL 60622

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

**FILED**

J:N   FEB X 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

1-31-08
Dated

Leroy Karczewski
117-000192