

SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | R.N.R. CORPORATION, INC. | File Number | 51616944 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 12/06/1978 | State | ILLINOIS |
| Agent Name | BARRY L JUTOVSKY | Agent Change Date | 02/20/1985 |
| Agent Street Address | 1439 SUNSET RIDGE RD | President Name & Address | RALPH E CRUZ 1437 W CHICAGO CHICAGO 60622 |
| Agent City | NORTHBROOK | Secretary Name & Address | RALPH E CRUZ 1437 W CHICAGO CHICAGO 60622 |
| Agent Zip | 60062 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 12/28/2007 | For Year | 2007 |

Return to the Search Screen        Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

Exhibit A

# CYBERDRIVEILLINOIS

JESSE WHITE
SECRETARY OF STATE

SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | CAFE CENTRAL, INC. | File Number | 58531812 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/29/1995 | State | ILLINOIS |
| Agent Name | KEVIN A STERLING | Agent Change Date | 08/22/2000 |
| Agent Street Address | 325 N LASALLE ST STE 600 | President Name & Address | CARLOS NIETO 41690 N CRAWFORD RD ANTIOCH IL 60002 |
| Agent City | CHICAGO | Secretary Name & Address | DEBORAH NIETO SAME |
| Agent Zip | 60610 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 11/14/2007 | For Year | 2007 |

Return to the Search Screen          Purchase Certificate of Good Standing
                                     (One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

Exhibit B

http://www.ilsos.gov/corporatellc/CorporateLlcController                    2/20/2008

STATE OF ILLINOIS )
) ss.
COUNTY OF COOK )

## AFFIDAVIT

RALPH E. CRUZ, being first duly sworn on oath deposes and states:

1. My name is Ralph E. Cruz.

2. I am over the age of 21 years, of sound mind, capable of making this Affidavit, and I have personal knowledge of the facts alleged herein and could competently testify thereto if called upon to do so.

3. I am President of R.N.R. Corporation, Inc., an Illinois corporation.

4. R.N.R. Corporation, Inc. operates a restaurant called Cafe Central at 1437 West Chicago Avenue, Chicago, Illinois 60622.

5. Except for the restaurant referred to at Paragraph 4 of this Affidavit, neither I nor R.N.R. Corporation, Inc. have any business or social knowledge of or involvement with Cafe Central, Inc., an Illinois corporation, or any restaurant known as Cafe Central in Highland Park, Illinois, or any other location in Illinois.

6. Neither I nor R.N.R. Corporation, Inc. are directors, officers, agents, registered agents, or otherwise authorized to accept service of process for Cafe Central, Inc., an Illinois corporation, or the restaurant known as Cafe Central located in Highland Park, Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RALPH E. CRUZ, individually and as
President of R.N.R. Corporation, Inc.

SWORN TO and SUBSCRIBED
before me on this 20th day
of February, 2008.

_____
NOTARY PUBLIC

DAVID S RODRIGUEZ
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 28, 2010

Exhibit C