**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH DiCOSOLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6748 |
| | ) | |
| CAFE CENTRAL, INC., | ) | Honorable Ronald A. Guzman |
| | ) | Judge Presiding |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Anthony G. Barone
       David M. Jenkins
       Barone & Jenkins, P.C.
       635 Butterfield Road, Suite 145
       Oakbrook Terrace, Illinois  60181

PLEASE TAKE NOTICE that on March 6, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A. Guzman, in Room 1219, at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached MOTION TO QUASH.

Respectfully submitted,

s/ David S. Rodriguez
_____
DAVID S. RODRIGUEZ
Attorney for Petitioners Ralph E. Cruz and
R.N.R. Corporation, Inc.
161 N. Clark St., Suite 4700
Chicago, IL  60601-3201
(312) 523-2025

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that, pursuant to Fed. R. Civ. P. 5, N.D. Ill. LR5.5, and N.D. Ill. General Order on Electronic Case Filing, a copy of the foregoing was filed and served upon the above-named by electronic means through the Court's Electronic Case Filing (ECF) System, on the 26th day of February, 2008.

s/David S. Rodriguez
_____