# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 07C6748

PLAINTIFF:
**Joseph DiCosola, Individually and on behalf of a class,**
vs.
DEFENDENT:
**Cafe Central, Inc.,**

Received by VTS Investigations on the 14th day of January, 2008 at 9:46 am to be served on **Cafe Central, Inc.,** **C/O Carlos Neito, 41690 N. Crawford Road, Antioch, IL 60002**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **22nd day of February, 2008** at **3:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Carlos Neito** as **Managign Agent** for **Cafe Central, Inc.,,** at the address of: **41690 N. Crawford Road, Antioch, IL 60002**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

**Robert C. Regalado - Process Server**

Subscribed and Sworn to before me on the 23rd day of February, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**VTS Investigations**
**P.O. Box 971**
**Elgin, IL  60121**
**(847) 888-4464**

Our Job Serial Number: 2008001103