## United States District Court, Northern District of Illinois

C4

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6748 | **DATE** | 3/5/2008 |
| **CASE TITLE** | JOSEPH DICOSOLA vs. CAFÉ CENTRAL INC. | | |

**DOCKET ENTRY TEXT**

Enter agreed order regarding motion by Petitioners Ralph Cruz, R.N.R. Corporation, Inc. to quash [13].

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|