IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DICOSOLA, Individually and on behalf of a class, <br><br> Plaintiff, <br><br> v. <br><br> CAFÉ CENTRAL INC., <br><br> Defendant. | No.   07 C 6748 <br><br> Judge Guzman <br> Magistrate Judge Nolan |

## AGREED ORDER

This matter coming to be heard on the Motion to Quash filed by Petitioners, Ralph E. Cruz and R.N.R. Corporation, Inc. (Document No. 13), with the agreement of Plaintiff, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:**

    1.    Petitioners' motion is granted and the summons served on Ralph E. Cruz on January 30, 2008 is quashed.

    2.    This order does not affect the summons served on Café Central, Inc. c/o Carlos Neito (Document No. 15).

_____
Honorable Ronald A. Guzman

Date: 3/5/08

Order Prepared By
David M. Jenkins (ARDC No. 6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037