3623 MJM; SI110

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>      Plaintiff,<br><br>v.<br><br>CAFÉ CENTRAL, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07 C 6748<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**TO:**   All Attorneys of Record
           *(See Attached Affidavit of Mailing)*

YOU ARE HEREBY NOTIFIED that on **March 13, 2008,** we electronically filed in the United States District Court for the Northern District of Illinois, Eastern Division, **ANSWER TO COMPLAINT – CLASS ACTION,** a copy of which is attached hereto and served upon you electronically.

                                                  By:   /s/ Mark J. Mickiewicz
                                                         Mark J. Mickiewicz
                                                         Attorneys for Defendant,
                                                         CAFÉ CENTRAL, INC.

Mark J. Mickiewicz, Atty. No. 6230623
PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL  60603
Tel:  (312) 427-3900
Fax: (312) 427-3944
Email: mjm@pw-law.com
F:\MJM\3623\Pleadings\NOF001.doc

## AFFIDAVIT OF MAILING

I, Sarah N. Johnson, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing & Answer to Complaint – Class Action referenced herein to all attorneys of record, at their listed addresses, on **March 13, 2008**.

/s/ Sarah N. Johnson

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SERVED UPON:**
Anthony G. Barone
David M. Jenkins
BARONE & JENKINS, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois 60181

David S. Rodriguez
161 N. Clark St., Ste. 4700
Chicago, IL 60601

SUBSCRIBED AND SWORN to before me this 13th day of March, 2008.

/s/ Josefina Rojas
Notary Public

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011

2