UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Joseph Di Cosola
                Plaintiff,

v.                                      Case No.: 1:07−cv−06748
                                         Honorable Ronald A. Guzman

Cafe Central, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held held and continued to 3/28/2008 at 09:30 AM to set a discovery schedule. The parties are given to 3/27/2008 to submit a proposed discovery schedule. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.