IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DICOSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ CENTRAL, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 07 C 6748<br>)  Judge Guzman<br>)  Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO FILE ADDITIONAL ATTORNEY APPEARANCE

NOW COMES Plaintiff Joseph DiCosola, individually and on behalf of a class, by his attorneys, and hereby moves this Honorable Court for the entry of an order granting leave to Attorney Marvin Frank of Murray, Frank & Sailer, LLP, to file his additional appearance as counsel. In support, Plaintiff states as follows:

1. Attorney Marvin Frank is an attorney and a principal of the law firm of Murray, Frank & Sailer, LLP, in New York.

2. Marvin Frank and his law firm were previously retained as co-counsel on behalf of Plaintiff and the Putitive Class.

3. Counsel was recently admitted to practice before the United States District Court for the Northern District of Illinois and, therefore, pursuant to his retention as additional counsel, Attorney Marvin Frank respectfully requests that the court grant him leave to appear on behalf of Plaintiff as additional counsel.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court to enter an order granting attorney Marvin Frank leave to appear as additional counsel on behalf of Plaintiff, and for any further relief the court deems just and appropriate under the circumstances.

Respectfully submitted,

JOSEPH DICOSOLA

By: s/David M. Jenkins
    One of His attorneys

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037