IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DICOSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ CENTRAL, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)　Case No. 07 C 6748<br>)　Judge Guzman<br>)　Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION

On March 27, 2008 at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman or any Judge sitting in his stead in Room 1219 or the courtroom usually occupied by him in the Dirksen Building, Chicago, Illinois, and shall then and there move this Honorable Court, pursuant to the attached *Motion for Leave to File Additional Attorney Appearance*, a copy of which is attached hereto and served upon you.

Respectfully submitted,

JOSEPH DICOSOLA

By: s/David M. Jenkins
One of His attorneys

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037

## CERTIFICATE OF SERVICE

  I certify that I served a copy of this Certificate of Service and *Motion for Leave to File Additional Attorney Appearance*, upon the person identified above via U. S. Mail on March 21, 2008.

               */s/ Diane B. Novosel*
                Diane B. Novosel

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037