3623 MJM; SI110

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DI COSOLA,<br>Individually and on behalf of a class,<br><br>    Plaintiff,<br><br>v.<br><br>CAFÉ CENTRAL, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07 C 6748<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**TO:** All Attorneys of Record
*(See Attached Affidavit of Mailing)*

YOU ARE HEREBY NOTIFIED that on **March 27, 2008,** we electronically filed in the United States District Court for the Northern District of Illinois, Eastern Division, **JOINT INITIAL STATUS REPORT,** a copy of which is attached hereto and served upon you electronically.

                                                                By:     /s/ Mark J. Mickiewicz
                                                                           Mark J. Mickiewicz
                                                                            Attorneys for Defendant,
                                                                           CAFÉ CENTRAL, INC.

Mark J. Mickiewicz, Atty. No. 6230623
PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL  60603
Tel:  (312) 427-3900
Fax: (312) 427-3944
Email: mjm@pw-law.com
F:\MJM\3623\Pleadings\NOF002.doc

## AFFIDAVIT OF MAILING

I, Sarah N. Johnson, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Filing & Answer to Complaint – Class Action referenced herein to all attorneys of record, at their listed addresses, on **March 27, 2008**.

/s/ Sarah N. Johnson

**THIS DOCUMENT HAS BEEN ELECTRONICALLY SERVED UPON:**
Anthony G. Barone
David M. Jenkins
BARONE & JENKINS, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrace, Illinois 60181

David S. Rodriguez
161 N. Clark St., Ste. 4700
Chicago, IL 60601

SUBSCRIBED AND SWORN to before

me this 27th day of March, 2008.

/s/ Josefina Rojas
Notary Public

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011