**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joseph Di Cosola
                Plaintiff,

v.                               Case No.: 1:07−cv−06748
                                       Honorable Ronald A. Guzman

Cafe Central, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on 3/28/2008. All discovery ordered closed by 10/10/2008. Expert disclosures by 7/24/08. Opposition expert disclosures by 8/14/08. Dispositive motions due by 11/11/2008. Status hearing set for 10/15/2008 at 09:30 AM..Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.