IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DICOSOLA,<br>Individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ CENTRAL, INC.<br><br>Defendant. | Case No. 07 C 6748<br>Judge Guzman<br>Magistrate Judge Nolan |

To:  Mark J. Mickiewicz, Atty. No. 6280623      Mr. David Rodriguez
     PURCELL & WARDROPE, CHTD.              161 N. Clark St., Ste. 4700
     10 South LaSalle Street, Suite 1200          Chicago, IL  60601
     Chicago, IL  60603
     Fax:  (312) 427-3944

### NOTICE OF MOTION

On Thursday, August 14, 2008 at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Guzman or any Judge sitting in his stead in Room 1219 or the courtroom usually occupied by him in the Dirksen Building, Chicago, Illinois, and shall then and there move this Honorable Court, pursuant to the attached *Unopposed Motion to Dismiss Pursuant to Settlement*, a copy of which is attached hereto and served upon you.

Respectfully submitted,

JOSEPH DICOSOLA

By: s/David M. Jenkins
One of His attorneys

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037

## CERTIFICATE OF SERVICE

    I certify that I served a copy of this Certificate of Service and *Plaintiff's Unopposed Motion to Dismiss Pursuant to Settlement*, upon the person identified above via electronic mail on August 11, 2008.

 

_____
Elizabeth Person

Anthony G. Barone (06196315)
David M. Jenkins (6211230)
Barone & Jenkins, P.C.
635 Butterfield Road, Suite 145
Oakbrook Terrance, Illinois 60181
630/472-0037