# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Joseph Di Cosola

        Plaintiff,

v.                                            Case No.: 1:07−cv−06748
                                                       Honorable Ronald A. Guzman

Cafe Central, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman:Motion by Plaintiff to dismiss Pursuant to Settlement [31] is granted. This matter is hereby dismissed with prejudice as to the individual claims, and with out prejudice as to the class claims, with each party to bear its own costs and fees. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.