# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6748 | DATE | 8/13/2008 |
| CASE TITLE | JOSEPH DICOSOLA vs. CAFÉ CENTRAL INC. | | |

**DOCKET ENTRY TEXT**

Enter agreed order of dismissal with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

FILED
2008 AUG 14 AM 8:41
CLERK, U.S. DISTRICT COURT