IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH DICOSOLA, Individually and on behalf of a class, | ) ) ) |
| Plaintiff, | ) ) |
| v. | No.   07 C 6748 ) ) |
| CAFÉ CENTRAL INC., | ) Judge Guzman ) Magistrate Judge Nolan ) |
| Defendant. | ) ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming on for hearing by the agreement of the parties, on the motion of Plaintiff, Joseph DiCosola ("DiCosola"), for dismissal of the Complaint with prejudice pursuant to settlement, this Court having considered the motion and being duly advised in the premises,

IT IS HEREBY ORDERED:

1. Plaintiff's motion is granted. This matter is hereby dismissed with prejudice as to the individual claims, and without prejudice as to the class claims, with each party to bear their own costs and attorney fees, in accordance with the terms set forth in the parties' Settlement Agreement and Mutual Release.

2. It is further ordered that, to the extent any rights or obligations of either party are set forth in the Settlement Agreement and Mutual Release, these shall continue to remain in effect in accordance with the terms of the Settlement Agreement and Mutual Release.

IT IS SO ORDERED.

DATED: 8/13/08

/s/ Ronald A. Guzman
RONALD A. GUZMAN
DISTRICT JUDGE